In the Matter of HARRISON E. HOYT. — Reference ordered to Hon. John J. Freedman, official referee. Order to settled on notice. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

In the Matter of CHRISTIAN E. DETMOLD, Deceased. — Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

UNITED STATES LIGHT AND HEAT CORPORATION, Respondent, v. GUY M. WALKER, Appellant. — Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and answer on payment of costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

ANNIE BELLEVILLE HUNTER, Respondent, v. FREDERICK WILLIAM HUNTER, Appellant. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

GEORGE D. MACKAY and Another, Respondents, v. TIDE WATER OIL COMPANY, Appellant. — Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and answer on payment of costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

CLAUDE V. PULLISTER, Respondent, v. LOUISA J. BLACK, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

ANDREW KELLY, Respondent, v. JOSEPH GORDON, INC., Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

MARY O'DONNELL, Appellant, v. JAMES GILROY, as Administrator, etc., Respondent. — Judgment affirmed, with costs. No opinion. Present Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

SCOTIA REALTY COMPANY, INC., a Domestic Corporation, Respondent, v. OWNERS STANDARD REALTY CORPORATION, a Domestic Corporation, Appellant. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

PATRICK MULLEN, Appellant, v. RAFFERTY BROTHERS and Another, Respondents. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

In the Matter of JOHN T. BRADY, Deceased. — Orders affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMANUEL JACKSON, Appellant. — Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.